**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:** 10-cv-01115-WYD-CBS | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:** November 2, 2010 | **Courtroom Deputy:** Linda Kahoe |

LAURA L. HARPER,         Cathy L. Cooper

    Plaintiff,

    v.

MANCOS SCHOOL DISTRICT RE-6, *et al.,*         Benjamin Todd Figa
                                                      Michael Brent Case

    Defendants.

---

**COURTROOM MINUTES/MINUTE ORDER**

---

**HEARING:   TELEPHONIC STATUS CONFERENCE**
**Court in session:       4:01 p.m.**
Court calls case.  Appearances of counsel.

Off the record discussion regarding settlement offers.

**ORDERED:**   The Settlement Conference set for November 3, 2010 at 1:30 p.m. is **VACATED**. If and when counsel determine that a Settlement Conference will be productive, counsel shall contact the magistrate judge's chambers.

Discussion regarding amending the Complaint.

Discussion regarding the Response to Interrogatory #5.

Ms. Cooper makes an oral motion to withdraw the Second Motion to Amend Scheduling Order, doc #[31].

**ORDERED:**   Plaintiff's oral motion to withdraw the Second Motion to Amend Scheduling Order, doc #[31] is **GRANTED.**  Motion #[31] is **WITHDRAWN**.

**ORDERED:**   The Motion Hearing set for November 8, 2010 at 8:30 a.m. is **VACATED.**

HEARING CONCLUDED.
**Court in recess:       4:32 p.m.**
Total time in court:     00:31

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.